

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| **PLAINTIFF** | CR 15 – 398 – SJO – 1 |
| v. | |
| Gary Hanson | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| **DEFENDANT(S).** | |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Feb._ , _26_ , at _11:00_ ☑a.m. / ☐p.m. before the Honorable _Eick_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _2/22/16_

_____
U.S. District Judge/Magistrate Judge

---